**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ARTURO ASTORGA LEON.<br>Defendant. | Case No. 1:26-CR-00233-JLT-SAB<br><br>**ORDER GRANTING REPRESENTATION IN THE STATE COURT MATTER UNDER THE CRIMINAL JUSTICE ACT, 18 U.S.C. 3006A(c)** |

Upon consideration of Defendant's Ex Parte Motion for Authorization to Represent Defendant in Ancillary State Court Proceedings, the Court **GRANTS** the request.

First, the Court appreciates that there is an expediency to allowing counsel to proceed under the CJA appointment in state. Second, it appears that state action is “ancillary” to this one, as that word is used in 18 U.S.C. § 3006A(c). In cases where counsel has been so authorized to represent a defendant in state court, in general, it is when the state court work “advances the goals or the representation—in other words, if the work is helpful to the criminal defense” of the federal court action. *Simon v. Gov't of Virgin Islands*, 2021 WL 4005587, at *3 (D.V.I. Sept. 2, 2021). In most cases, these situations include exhausting state court remedies, seeking to vacate or modify past judgments of convictions, and the like. *Id*. Indeed, “the express inclusion of ‘ancillary matters appropriate to the proceedings’ will insure that the attorney who spends time and effort to protect a right considered valuable in defending the principal

criminal charge can be compensated under the act. H.R.Rep. No. 1546, 91st Cong., 2d Sess., reprinted in, 1970 U.S. Code Cong. & Admin. News 3982, 3989." *In re Lindsey*, 875 F.2d 1502, 1508 (11th Cir. 1989).

To determine whether a matter is "ancillary," the Court is to consider "whether the matter, or the issues of law or fact in the matter, arose from, or are the same as or closely related to, the facts and circumstances surrounding the principal criminal charge." 7A Guide to Federal Judicial Policy § 210.20.30(b). In relevant part, the Guide instructs that, "In determining whether representation in an ancillary matter is appropriate to the proceedings, the court should consider whether such representation is reasonably necessary to accomplish, among other things, one of the following objectives:

(1) to protect a Constitutional right;

(2) to contribute in some significant way to the defense of the principal criminal charge;

(3) to aid in preparation for the trial or disposition of the principal criminal charge;

(4) to enforce the terms of a plea agreement in the principal criminal charge;

[¶¶]"

*Id*. at 210.20.30(c).

Counsel notes that the defendant is facing a probation violation proceeding in state court based upon the same incidents giving rise to the federal prosecution. She is concerned that he needs adequate counsel to ensure that he does not make admissions, which may jeopardize his defense in the instant action.

Based upon the factors set forth above, the Court concludes that the state court action is ancillary to this one, the Court **GRANTS** authorization and counsel is authorized to represent him in the state court proceeding. 18 U.S.C. §3006A(c). However, counsel **SHALL** ensure that her actions in that proceeding is limited to the goals of this appointment.

IT IS SO ORDERED.

Dated: November 17, 2026

[signature]
UNITED STATES DISTRICT JUDGE